IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1101-AP**

Appeal from bankruptcy court adversary proceeding
no. 08-01102-SBB

**VECTRA BANK COLORADO, N.A.**,

       Defendant/Appellant,

v.

**M. STEPHEN PETERS, Chapter 7 Trustee,**

       Plaintiff/Appellee.

## ORDER OF DISMISSAL

Kane, J.

In light of the Joint Status Report and Motion to Withdraw Appeal (doc. #12), filed August 2, 2010, it is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and attorneys fees.

Dated this 3rd day of August, 2010.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court